UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA MAY, <br><br> Defendant, | CIVIL ACTION <br> NO. 3:02 CV 01060 (GLG) <br><br><br> APRIL 4, 2006 |

## SATISFACTION OF JUDGMENT

The Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut hereby states that judgment entered in the above-captioned action against Defendant Patricia May on December 13, 2002, has been satisfied in full.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC D/B/A CHARTER
COMMUNICATIONS OF WESTERN
CONNECTICUT

By_____
Kari L. Olson – ct19481

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone (860) 240-6000
Fax: (860) 240-6150
e-mail: kolson@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Satisfaction of Judgment was mailed first-class, postage prepaid, on April 4, 2006:

Patricia May
9279 Scarlette Oak Avenue
Ft. Myers, FL 33912-5146

_____
Kari L. Olson – ct19481